UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **STEVEN JOHNSON,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 07-188-P-S |
| | ) |
| **TOWN OF GORHAM, et al,** | ) |
| | ) |
| Defendant | ) |
| | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 31, 2008, his Recommended Decision (Docket No. 33). Defendants filed their Objection to the Recommended Decision (Docket No. 34) on November 18, 2008. Plaintiff filed his Response to Defendants' Objection to the Recommended Decision (Docket No. 35) on December 8, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendants' Motion for Summary Judgment (Docket No. 13) is **GRANTED** as to Counts I, VII-VIII, and X, and as to defendants Shepard,

the Town of Gorham, and the Gorham Police Department on Counts IX and XV; and otherwise **DENIED**.

/s/George Z. Singal
Chief U.S. District Judge

Dated:  December 23, 2008